Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:20-cv-01880-JAH-NLS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| 2 OAKS CORNER LODGING LLC, | |
| Defendants. | |

    Please take notice that this case has settled. The parties anticipate filing closing papers in the coming weeks.

    DATED this 5th day of March, 2021.

                                    /s/ Peter Kristofer Strojnik
                                    Peter Kristofer Strojnik (242728)
                                    Attorneys for Plaintiff