# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>   Plaintiff,<br>v.<br>2 OAKS CORNER LODGING LLC,<br><br>   Defendant. | Case No.:  20cv1880-JAH-NLS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

    Pending before the Court is Plaintiff Theresa Brooke and Defendant 2 Oaks Corner Lodging LLC's Joint Motion to Dismiss. *See* Doc. No. 9. After careful review, and upon good cause shown, **IT IS HEREBY ORDERED** the motion is **GRANTED**. The case is **DISMISSED with prejudice**; each party to bear their own fees and costs.

    **IT IS SO ORDERED.**

DATED: April 28, 2021

                                              JOHN A. HOUSTON
                                              UNITED STATES DISTRICT JUDGE